UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-002 (RHK)


UNITED STATES OF AMERICA,

          Plaintiff,

       v.                                ORDER

JUAN SOSA-RAMIREZ,

          Defendant.


      Upon application of defendant and for cause shown, the date for the filing of the formal

objections to the Presentence Investigation Report is extended to May 30, 2005.

Dated:  May ___9__ , 2005


                                s/Richard H. Kyle_____
                                Honorable Richard H. Kyle
                                United States District Court Judge